# UNITED STATES DISTRICT COURT

## for the

### District of South Carolina

| | |
|---|---|
| Tristan Johnson, | ) |
| *Petitioner* | ) |
| v. | ) Civil Action No.    1:17-cv-02500-MGL |
| Sheriff Al Cannon; Chieff Beatty; Nicholas G. Smit; | ) |
| Scarlet Wilson, | ) |
| *Respondents* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❒ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Tristan Johnson, shall take nothing of the respondents, Sheriff Al Cannon; Chieff Beatty;
Nicholas G. Smit; Scarlet Wilson, and this case is dismissed without prejudice.


This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the  Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended
dismissal of the petition without prejudice.


Date:   November 8, 2017                          *ROBIN L. BLUME, CLERK OF COURT*


                                                              s/M. Walker
                                        _____
                                                *Signature of Clerk or Deputy Clerk*